IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELECTRICAL INDUSTRY SERVICE BUREAU, INC., et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ENGELHART ELECTRIC COMPANY, INC.,<br><br>    Defendant.<br> | No. C 12-04527 WHA<br><br>**ORDER STAYING ACTION** |

The Court has received defendant's notice of automatic stay pursuant to 11 U.S.C. 362. No opposition has been filed. Accordingly, this entire action is hereby **STAYED**. A case management conference will be held at **11:00 A.M. ON MARCH 21, 2013**, to update the Court as to the status of the bankruptcy action. A joint case management statement must be filed seven days beforehand.

**IT IS SO ORDERED.**

Dated: November 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE